## Beals et ux., Appellants, *v.* Robertson et ux.

Argued March 24, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Charles H. Ealy,* with him *Leland W. Walker* and *Uhl, Ealy & Uhl,* for appellants.

*Frank S. Lucente,* with him *Boose, Coffroth & Boose,* for appellees.

PER CURIAM, April 14, 1947:

The Decree of the court below is affirmed on the opinion of Judge ARNOLD of the Superior Court; costs to be paid by the appellants.